United States District
Court Of Philadelphia

Troy Dewayne Howard
Plaintiff

v.

Civil No:

Thomas D. Kenny &
Kenny, Burns & McGill
Defendants.

42 U.S.C. 1983
Civil Notice

Comes now, is a Plaintiff "Troy Dewayne Howard" I would like to move forward under the "Federal Tort Claim Act." This Honorable Court has Jurisdiction under 42 U.S.C. 1983 to assign a civil case number for filing.

See Bivens v. Six Unknown Named Agents, 409 F.2d 718, 720 N.1 (CA2 1969).

(A.) Where legal rights have been violated and a Federal Statue provides for a general right to "Sue" for damages, a Federal Court may use any available remedy to make good the wrong done.

(B.) The essence of civil liberty consists in the right of every individual to claim the protection of the laws whenever he or she receives a injury.

(1.) The plaintiff seeks recovery of funds from a "Retainer Agreement" made with one Thomas D. Kenny and lawfirm "Kenny, Burns and McGill", to with foresaid counsel has failed to perform any duties as a paid retainer counsel working on the behalf of another person. No one at the Kenny, Burns and McGill lawfirm has ever filed anything on the behalf of the plaintiff to this date 5/5/2022.

(2.) Straight forward, plaintiff paid the initial payment of $ 2,400.00 see, exhibit A and B then plaintiff made four more payments of $ 500 each for a total of $ 4,400.00 see exhibit A1#, A2#, A3# and A4.

(3.) Witnesses at the "Arc Of Texas" "Glen Purvis" is the MPT Coordinator who I call as a witness to these transactions on or about 5/3/2020 "Glen Purvis" phone number is (512) 485-9743.

Arc Of Texas
8001 Centre Park Drive Suite 100
Austin, Tx, 78754.

Also working at the "Arc Of Texas" I call "Thelma Faglie" as a witness.

I also call, primary rep "Barbara Waggoner" as a witness to these transactions. Phone Number is (918) 798-7207.

pg.4 of 6

(C.) The plaintiff seeks $50,000.00 Fifty Thousand Dollars in damages punitive. There has been suffering in this matter do to "Thomas D. Kenny" negligence, carelessness, recklessness and delinquency that left plaintiff in disrepair.

Plaintiff no longer has faith in the ability of Thomas D. Kenny and law firm ability to represent him. Mental suffering has resulted from there conduct. Which has been shown to be un-ethical. Nothing was done in a timely manner. I am unhappy with Thomas D. Kenny.

The above is what I am willing to settle out of court at.

If you want a jury trial I'm asking the court for $ 250,000 in punitive damages and court cost and any other fee.

I here by certify that under penalty of perjury pursuant to 28 U.S.C. Section 1746 that a true copy of this was mailed to all parties and all attachments while placed in the United States mail box under the mail box rule using first class mail see Houston v. Lock, 487 us 266, 276 (1988.)

To: Clerk Of The Court
601 Market Street Room 2609
Philadelphia, PA, 19106

To: Thomas D. Kenny
1500 John F. Kennedy Blvd. Suite 520
Philadelphia, PA, 19102

To: Glen Purvis
8001 Centre Park Drive Suite 100
Austin, Tx, 78754

To: Thelma Faglie
8001 Centre Park Drive Suite 100
Austin, Tx, 78754

pg 6 of 6

To: Barbara Wagoner
17032 Hardwood Place
Edmond, OK, 73012

From: Troy Dewayne Howard

#28268-064

Troy Howard
Sign

5/19/2022
Date

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Tracie N McHenry
FCI Gilmer
201 FCI Lane
Glenville, WV 26351
My Commission Expires Feb. 26, 2026

Tracie N McHenry
5/19/22

the Client's representation. These fees and costs will be described on the next bill issued. Should any of the fees and/or costs advanced to Client not be paid by Client before the cutoff date of the subsequent monthly bill, a carrying fee calculated at 18% annually and charged monthly, shall be charged on the outstanding balance. Failure of Client to bring account current within thirty (30) days of a bill being issued shall be deemed good cause for Kenny, Burns & McGill to withdraw from representation at any time during the course of representation.

In the event of a dispute, controversy or claim arising out of or relating to our fees, costs, billing practices or this engagement, the Firm and the Clients mutually agree that any such dispute, controversy or claim will be submitted to mandatory binding arbitration before a single arbitrator in Philadelphia, Pennsylvania, in an arbitration administered by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules. The decision of the arbitrator will be final and binding on the parties. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. Arbitration has the advantage of generally being faster, less expensive and more informal than traditional litigation and any decision is final and binding. It does not provide, however, for the assurance of as much pre-hearing discovery, public trial by jury, or appeal. Arbitration filing fees are typically more expensive, and the parties are responsible for paying the arbitrator. Your signature on this Retainer Agreement acknowledges your informed consent to use of arbitration to resolve disputes with the Firm.

Neither Kenny, Burns & McGill nor Client shall make a settlement without the consent of the other. Any statements made by Kenny, Burns & McGill or its Attorneys to client regarding outcomes in the above matter are strictly the professional opinions of Kenny, Burns & McGill and its Attorneys, not factual statements.

Kenny, Burns & McGill
/s/ Thomas D. Kenny, Pres. KBM

Date: *07/29/2020*

Client Signature: Troy Howard
Client Name: Mr. Troy D. Howard
Address: Federal Correctional Complex Box 1000
City, State, Zip: Petersburg, VA, 23804

Telephone No.:
E-mail Address:

**The Arc**
*Texas*
8001 Centre Park Drive, Suite 100
Austin, Texas 78754

Master Pooled Trust

AUSTIN TX 786
9 APR 2022 PM

FIRST-CLASS

PITNEY BOWES
US POSTAGE
$ 000.73⁰
02 1P
0002101989 APR 08 2022
MAILED FROM ZIP CODE 78754

Troy Dewayne Howard 28268-064
PO BOX 6000
FCI GILMER FEDERAL CORRECTIONAL
INSTITUTION
GLENVILLE, WV 26351-6000

*Achieve With Us.*

26351-600000

The Arc of Texas
MASTER POOLED
trust

Achieve with us.

Troy Dewayne Howard 28268-064
PO BOX 6000
FCI GILMER FEDERAL CORRECTIONAL INSTITUTION
GLENVILLE, WV 26351-6000

Hello Troy,

I've sent you the documents you requested for the Retainer Agreement with Kenny, Burns, & McGill. I also included a copy of the cashed check from that request.

-Glen Purvis
MPT Coordinator
The Arc of Texas

Exhibit A

TO SUBMIT THIS FORM
E-Mail: Trust@thearcoftexas.org
FAX: 512-454-4956
MAIL: 8001 Centre Park Drive, Suite 100
Austin, Texas 78754

The Arc of Texas
MASTER POOLED trust

# DISBURSEMENT REQUEST FORM

Beneficiary:
Sub Account Number:
Date: 8/3/2020
Benefits (✓ all that apply): ☐ SSI ☐ SSDI ☐ MEDICAID TYPE
For SSI recipients only: This request does not include payment for items related to food, shelter or cash ☐

Primary Rep (PR): Barbara Waggoner
PR Phone: (918) 798-7607
PR Email: Bwaggoner30@gmail.com

## SECTION 1: Please list the item(s) and/or service(s) for which a disbursement is requested.

| Item/Service Description | Amount |
|---|---|
| 1. Retainer Agreement | $2,400.00 |
| | |
| I will send you a copy of the Retainer Agreement | |
| when I can get a copy for you but I don't know when that will | |
| be with this lockdown. It will be easyer for you to get a copy from him. TOTAL | $2400.00 |

*If you have more items/services to list please attach another Disbursement Request Form.*

## Payment Options (Choose only one: Check, Direct Deposit or True Link Card)

☑ Check — Payee Name: Thomas D. Kenny
Memo on Check (i.e. Invoice or account number):

*Mail Check To:*
Name: Kenny, Burns & McGill
Address: 1500 John F Kennedy Boulevard Two Penn Center Suite 520
City: Philadelphia State: PA Zip: 19102

☐ Direct Deposit — Bank Name: Bank Phone: Account Holder's Name:
Checking ☐ OR Savings ☐ Last four (4) Digits of Bank Account Number: ☐☐☐☐

*A Disbursement Direct Deposit Authorization Form MUST be completed or on file for a direct deposit to be made.*

☐ True Link Card — Name of Card Holder:

**☆ YOU MUST ATTACH A COPY OF ALL RECEIPTS ☆**

☑ *I acknowledge that this is for the sole benefit of the Beneficiary of the sub-account.*

SIGNATURE of Primary Representative: Tracy Howard DATE: 8/3/2020

Please allow **5-8 business days for processing**. Incomplete forms will be returned to the Primary Representative.
FEEL FREE TO MAKE COPIES OF THIS FORM. VISIT OUR WEBSITE TO DOWNLOAD THIS FORM.
www.thearcoftexas.org/trust-forms

Updated 12/12/2016 FORM B

United States Treasury 15-51/000 G 069,893,790

Check No. 

05 26 21 15100438 KANSAS CITY, MO 4039 24447552
000689671865 4039 24447552 M2 0000000WS00525

Pay to the order of
Thomas Kenny
1500 JOHN F KENNEDY BLVD
Suite 520
PHILADELPHIA PA 19102 0000

$*****500*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

004682

Bills
P0121
Per Enclosed Mailing Notice

⑈4039 2⑈ ⑆000000518⑆ 24447552 8⑈ 010521

Exhibit A1#

4662 46620000115149 9-082302157- 042221

| | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| Electronic Endorsements | Subsequent | 061000146 | 20210602 | 6413079187 | N |
| | BOFD | 011500120 | 20210601 | 3800582970 | Y |

United States Treasury 15-51 000 G 069,893,791

Check No. 

05 26 21 15100438 KANSAS CITY, MO 4039 24447553
000689671866 4039 24447553 M2 0000000WS00525

Pay to the order of Thomas Kenny
1500 JOHN F KENNEDY BLVD
Suite 520
PHILADELPHIA PA 19102 0000

$*****500*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

004683

Bills
P0121
Per Enclosed Mailing Notice

⑈4039 2⑈ ⑆000000518⑆ 244475539⑈ 010521

exhibit A2#

Thomas Kenny
L23841962

| | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| **Electronic Endorsements** | Subsequent | 061000146 | 20210602 | 6413079185 | N |
| | BOFD | 011500120 | 20210601 | 3800582969 | Y |

United States Treasury 15-51/000 G 069,893,792

Check No. 

05 26 21 15100438 KANSAS CITY, MO 4039 24447554
000689671867 4039 24447554 M2 0000000WS00525

Pay to the order of
Thomas Kenny
1500 JOHN F KENNEDY BLVD
Suite 520
PHILADELPHIA PA 19102 0000

$*****500*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER
008
Vona S. Robinson

004684

Bills
P0121
Per Enclosed Mailing Notice

⑈4039 2⑈ ⑆000000518⑆ 24447554⑈ 010521

Exhibit A3#

Thomas Kenny
6235419c21

| | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| Electronic Endorsements | Subsequent | 061000146 | 20210602 | 6413079181 | N |
| | BOFD | 011500120 | 20210601 | 3800582968 | Y |

United States Treasury 15-51/000 G 069,893,793

Check No.

05 26 21 15100438 KANSAS CITY, MO 4039 24447555
000689671868 4039 24447555 M2 0000000WS00525

Pay to the order of Thomas Kenny
1500 JOHN F KENNEDY BLVD
Suite 520
PHILADELPHIA PA 19102 0000

$*****500*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

008

Vora S. Robinson

004685

Bills
P0121
Per Enclosed Mailing Notice

⑈4039 2⑈ ⑆000000518⑆ 24447555O⑈ 010521

Exhibit 4#

Tho mas Kenny
6238419621

| Electronic Endorsements | Type | RT | Date | ISN | Truncated |
|---|---|---|---|---|---|
| | Subsequent | 061000146 | 20210602 | 6413079189 | N |
| | BOFD | 011500120 | 20210601 | 3800582971 | Y |

4/7/22, 2:50 PM about:blank

Print

Check/Serial#:4472134 Account#:4334719 Amount: 2,400.00

J.P.Morgan

TREASURER'S CHECK

Check Number 04472134 1-2/210

DATE 08/24/20

PAY TO THE ORDER OF Kenny, Burns & McGill

***TWO THOUSAND FOUR HUNDRED DOLLARS

$2,400.00

FOR ACCOUNT OF Troy Howard Retainer

TAX I.D.

Kandace N. McNatt

AUTHORIZED SIGNATURE

JP MORGAN CHASE BANK, N.A.
Payable At: JPMORGAN CHASE BANK, N.A. NEW YORK NY

⑈04472134⑈ ⑆021000021⑆ 004334719⑈

ENDORSE HERE

X Kenny, Burns, McGill 6238419821

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

Exhibit B

about:blank 1/1

# KENNY, BURNS & MCGILL

THOMAS D. KENNY*
EILEEN T. BURNS*†
THOMAS L. MCGILL, JR.*
ANGEL ORTIZ,* OF COUNSEL
PHILADELPHIA CITY COUNCILMAN
(1984-2004)

*LICENSED IN PA
†LICENSED IN NJ

1500 JOHN F. KENNEDY BOULEVARD
TWO PENN CENTER, SUITE 520
PHILADELPHIA, PA 19102

TELEPHONE: (215) 423-5500
FACSIMILE: (215) 231-9847

WWW.KENNYBURNSMCGILL.COM

## RETAINER AGREEMENT

This Agreement is made on July 29, 2020 between **Kenny, Burns & McGill** (the "Firm") and **Troy D. Howard** (the "Client"). The Client hereby retains and employs the Firm to represent the Client in general consultation, representation, and advice and all other activities related thereto.

In consideration of the legal services to be rendered by Kenny, Burns & McGill, Client agrees to pay Kenny, Burns & McGill for legal services as follows:

- $300.00 per hour for attorneys performing transactional-related work;
- $300.00 per hour for attorneys performing litigation-related work including, but not limited to, appearances in court, hearing boards or other tribunals; and
- $125.00 per hour for paralegals.

Time will be charged in increments of one tenth (1/10) of an hour rounded to the next one tenth (1/10) of an hour.

Client further agrees to pay for all costs and expenses incurred by Kenny, Burns & McGill derived from or incurred as a result of said representation. These may include, but are not limited to: filing fees, service fees, deposition charges, subpoena costs, expert/consultant fees, witness costs, document duplication, travel expenses, jury fees and authorized investigator fees. Kenny, Burns & McGill is not obligated to advance any such fees, costs and expenses and may require that Client advance sufficient funds to cover anticipated work and costs before incurring the same.

To begin services, Client will deposit with Kenny, Burns & McGill an original deposit in the amount of $2,400.00 which shall be held in trust for the Client until earned. All hourly fees and costs shall be subtracted from this retainer as they accrue or are incurred. client will receive a monthly statement itemizing the fees and costs to be charged to Client. Client agrees to promptly remit payment to Kenny, Burns & McGill for those sums due and to maintain a Minimum Monthly Retainer balance of $1,500. Kenny, Burns & McGill reserves the right at any time to require Client to pay to Kenny, Burns & McGill one or more additional retainers as may be deemed appropriate by attorney to secure expected fees or costs in this matter.

Should the retainer on account be completely depleted during any month, Kenny, Burns & McGill may, but is not obligated to, continue to incur fees and costs as are necessary, appropriate and advisable for

# KENNY, BURNS & MCGILL

THOMAS D. KENNY*
EILEEN T. BURNS*†
THOMAS L. MCGILL, JR.*
DANA COYNE*
ANGEL ORTIZ,* OF COUNSEL
PHILADELPHIA CITY COUNCILMAN
(1984-2004)

*LICENSED IN PA
†LICENSED IN NJ

1500 JOHN F. KENNEDY BOULEVARD
TWO PENN CENTER, SUITE 520
PHILADELPHIA, PA 19102

TELEPHONE: (215) 423-5500
FACSIMILE: (215) 231-9847

WWW.KENNYBURNSMCGILL.COM

## RETAINER AGREEMENT

This Agreement is made on April 13, 2022 between **Kenny, Burns & McGill** (the "Firm") and **Troy D. Howard** (the "Client"). The Client hereby retains and employs the Firm to represent the Client in preparation and litigation of criminal defense filings and all other activities related thereto.

In consideration of the legal services to be rendered by Kenny, Burns & McGill, Client agrees to pay Kenny, Burns & McGill for legal services as follows:

- $300.00 per hour for attorneys performing transactional-related work;
- $300.00 per hour for attorneys performing litigation-related work including, but not limited to, appearances in court, hearing boards or other tribunals; and
- $125.00 per hour for paralegals.

Time will be charged in increments of one tenth (1/10) of an hour rounded to the next one tenth (1/10) of an hour.

Client further agrees to pay for all costs and expenses incurred by Kenny, Burns & McGill derived from or incurred as a result of said representation. These may include, but are not limited to: filing fees, service fees, deposition charges, subpoena costs, expert/consultant fees, witness costs, document duplication, travel expenses, jury fees and authorized investigator fees. Kenny, Burns & McGill is not obligated to advance any such fees, costs and expenses and may require that Client advance sufficient funds to cover anticipated work and costs before incurring the same.

To begin services, Client will deposit with Kenny, Burns & McGill an original deposit in the amount of $7,500.00 which shall be held in trust for the Client until earned. All hourly fees and costs shall be subtracted from this retainer as they accrue or are incurred. client will receive a monthly statement itemizing the fees and costs to be charged to Client. Client agrees to promptly remit payment to Kenny, Burns & McGill for those sums due and to maintain a Minimum Monthly Retainer balance of $2,000.00. Kenny, Burns & McGill reserves the right at any time to require Client to pay to Kenny, Burns & McGill one or more additional retainers as may be deemed appropriate by attorney to secure expected fees or costs in this matter.

Should the retainer on account be completely depleted during any month, Kenny, Burns & McGill may, but is not obligated to, continue to incur fees and costs as are necessary, appropriate and advisable for

# KENNY, BURNS & MCGILL

THOMAS D. KENNY*
EILEEN T. BURNS*†
THOMAS L. MCGILL, JR.*
ANGEL ORTIZ,* OF COUNSEL
PHILADELPHIA CITY COUNCILMAN
(1984-2004)

*LICENSED IN PA
†LICENSED IN NJ

1500 JOHN F. KENNEDY BOULEVARD
TWO PENN CENTER, SUITE 520
PHILADELPHIA, PA 19102

TELEPHONE: (215) 423-5500
FACSIMILE: (215) 231-9847

WWW.KENNYBURNSMCGILL.COM

THOMAS D. KENNY, ESQUIRE
TKENNY@KENNYBURNSMCGILL.COM

July 29, 2020

Mr. Troy D. Howard
No. 28268-064
C/o FCI Petersburg Medium
P.O. Box 100
Petersburg, VA 23804

Re:   Getting Started

Dear Mr. Howard:

I trust this letter finds you well. It was nice speaking with you today and as you may be aware, my office has been in touch with Ms. Thelma Faglie at The Arc of Texas. She has confirmed that legal fees would be payable from your trust. You would, of course, be responsible for requesting the disbursement of any funds from The Arc of Texas.

We are ready to get started on your case. As discussed, we will start with an initial retainer deposit of two thousand four hundred dollars ($2,400) billable at $300/hr. Upon receipt of the retainer fee, I will be happy to research, consult, and take action on your behalf.

I have enclosed a retainer agreement to this effect, along with a copy thereof. Kindly sign and return the original to my attention using the enclosed self-addressed, stamped envelope, and retain the copy for your records. Also enclosed is a copy of this letter, which you may forward to The Arc of Texas, along with a written request that they disburse payment to my office, payable to "Kenny, Burns & McGill."

Should you have any questions, please do not hesitate to contact me. You, as well as anyone at The Arc of Texas, can also contact Jacob, my assistant, at (215) 568-1816 or jreeder@kennyburnsmcgill.com. Thank you for your kind attention to this matter.

Very truly yours,

Thomas D. Kenny

TDK/jwr
Enclosures

Troy Howard 28268-064
Federal Correctional Institution-Gilmer
P.O. Box 6000
Glenville, WV, 26351
FOREVER USA
PURPLE HEART
Charleston P&DC 253
FRI 20 MAY 2022 PM
U.S.M.S. X-RAY
Clerk Of The Court
601 Market Street Room 2609
Philadelphia, PA, 19106
RECEIVED
MAY 25 2022
Legal Mail
Legal Mail

